UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREN LEE SMITH, <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL ONE FINANCIAL CORPORATION, <br><br> Defendant. | CASE NO. 3:21-CV-5151-RSL <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $400 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 4) is GRANTED. However, based on the allegations in the proposed complaint, it is unclear if Plaintiff has adequately stated a claim. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 11th day of March, 2021.

David W. Christel
United States Magistrate Judge