UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN LEE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITOL ONE FINANCIAL CORPORATION,<br><br>    Defendant. | CASE NO. C21-5151RSL<br><br>ORDER DIRECTING SERVICE |

    Plaintiff is proceeding *pro se* and *in forma pauperis* in this action and has requested the assistance of the Court in serving defendant. Dkt. # 5. The Clerk of Court is directed to send to defendant, by first class mail, a copy of the Complaint, a copy of this Order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's office.

    Defendant shall have **thirty (30) days** within which to return the enclosed Waiver of Service of Summons. A defendant who timely returns the signed Waiver shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure. Any defendant who fails to timely return the signed Waiver will be personally served with a summons and complaint and may be required to pay the full costs of such service, pursuant to

ORDER DIRECTING SERVICE

Rule 4(d)(2). A defendant who fails to timely return the signed Waiver and has been personally served shall file an answer or motion permitted under Rule 12 within **twenty-one (21) days** after service.

Dated this 14th day of April, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING SERVICE           -2-